IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CHRISTINA BRISTOW,                  )
                                    )   2:09-cv-01269-GEB-EFB
          Plaintiff,                )
                                    )
     v.                             )   ORDER RE: SETTLEMENT
                                    )   AND DISPOSITION
ENCORE RECEIVABLE MANAGEMENT, INC., )
                                    )
          Defendant.                )
                                    )
```

        On July 20, 2009, Plaintiff filed a Notice of Settlement in which she states the parties reached a settlement in this action, and anticipates filing a notice of dismissal with prejudice within 30 days. Therefore, a dispositional document shall be filed no later than August 19, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        The status conference scheduled for August 10, 2009, is continued to commence at 9:00 a.m. on September 21, 2009, in the event that no dispositional document is filed, or if this action is

1

1  not otherwise dismissed.  Further, a joint status report shall be
2  filed fourteen days prior to the status conference.[1]
3           IT IS SO ORDERED.
4  Dated:  July 27, 2009

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).